IN THE SUPREME COURT OF THE STATE OF DELAWARE

JASMINE ZERHI,[1]

      Respondent Below,
      Appellant,

      v.

ADAM DELEON,

      Petitioners Below,
      Appellees.

§
§ No. 517, 2018
§
§ Court Below—Family Court
§ of the State of Delaware
§
§
§ File No. CN17-01557
§ Petition No. 18-00804
§
§
§

Submitted: December 7, 2018
Decided: December 19, 2018

## **ORDER**

(1) On October 5, 2018 the appellant filed a notice of appeal from a Family Court custody order dated and docketed on August 20, 2018. A timely notice of appeal was due by September 19, 2018.[2] On October 24, 2018, the Senior Court Clerk issued, by certified mail to the address the appellant had provided, a notice directing the appellant to show cause why this appeal should not be dismissed as untimely filed. The certified notice to show cause was returned to the Court in an envelope marked "Return to Sender, Unclaimed, Unable to Forward." On November 26, 2018, the notice to show cause was re-sent by first class mail. The

---

[1] The Court previously assigned pseudonyms to the appellants under Supreme Court Rule 7(d).

[2] Supr. Ct. R. 6(a)(i) (providing that notice of appeal must be filed within thirty days after entry of the judgment).

appellant has failed to respond to the notice show cause within the required ten-day period. Under these circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

2